# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **JOHN W. TALBOT,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 08-cv-561-slc |
| **LARRY L. JENKINS, Warden,** **Redgranite Correctional Institution,** | |
| **Respondent.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition for a writ of habeas corpus filed by John Talbot is DISMISSED WITHOUT PREJUDICE pursuant to the doctrine announced in <u>Rose v. Lundy</u>, 455 U.S. 509 (1982).

**JOEL W. TURNER**
_____
Joel W. Turner, Acting Clerk

Connie A. Korth                                                                                     11/13/08
_____                          _____
by Deputy Clerk                                                                                       Date